**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Monder KHOURY, Defendant—
Appellant.**

No. 01–10398.
D.C. No. CR–99–00093–DFL.

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2002.[*]

Decided June 7, 2002.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge, B. FLETCHER, and KOZINSKI, Circuit Judges.

## MEMORANDUM **

We affirm for the reasons stated by the district court in its order of August 14, 2000, denying Khoury's motions to suppress evidence.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.